## APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 19-3325

Short Caption: A&C Construction & Installation CO. WLL v. Zurich Am. Ins. Co. and The Ins. Co. of the State of Pa.

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ]   **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

A&C Construction & Installation CO. WLL

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

K&L Gates LLP

(3) If the party or amicus is a corporation:

i) Identify all its parent corporations, if any; and

Codem S.A.

ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

N/A

---

Attorney's Signature: s/ Abram I. Moore     Date: 11/26/2019

Attorney's Printed Name: Abram I. Moore

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   Yes  X    No ____

Address: K&L Gates LLP, 70 West Madison Street, Suite 3300, Chicago, Illinois 60602

Phone Number: (312) 781-6010     Fax Number: (312) 827-8000

E-Mail Address: abe.moore@klgates.com

rev. 01/15 GA

## **CERTIFICATE OF SERVICE**

I, Abram I. Moore, certify that on November 26, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants are not CM/ECF users. I have mailed the foregoing document by First-Class mail, postage prepaid, to the following non-CM/ECF participants:

>Robert E. Tonn
>Colin P. Smith
>William Farley
>Holland & Knight LLP
>131 South Dearborn Street
>30th Floor
>Chicago, Illinois 60603
>Phone: (312) 263-3600
>robert.tonn@hklaw.com
>colin.smith@hklaw.com
>william.farley@hklaw.com
>
>*Attorneys for Zurich American Insurance Co. and The Insurance Company of the State of Pennsylvania*
>
>Daniel B. Pasternak
>Brent R. Owen
>Squire Patton Boggs (US) LLP
>1801 California Street, Suite 4900
>Denver, Colorado 80202

daniel.pasternak@squarepb.com
brent.owen@squarepb.com

*Attorneys for Zurich American Insurance Co. and The Insurance Company of the State of Pennsylvania*

Dated: November 26, 2019          By:   */s/ Abram I. Moore*
                                        Abram I. Moore
                                        Attorney for Plaintiff-Appellant